

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2019

No. 04-19-00125-CV

**EX PARTE A.X.L. JR., A CHILD**,

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019FLK00214D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

It appears from the record and the notice of appeal that Appellant is attempting to appeal an order granting a petition for writ of habeas corpus under chapter 157 of the Family Code.

A trial court's order granting or denying a petition for writ of habeas corpus in a child custody case is not an appealable order. *Gray v. Rankin*, 594 S.W.2d 409, 409 (Tex. 1980); *Nydegger v. Breig*, 740 S.W.2d 551, 552 (Tex. App.—San Antonio 1987, no writ). Mandamus is the proper remedy to compel enforcement of the right to possession of a child. *Saucier v. Pena*, 559 S.W.2d 654, 656 (Tex. 1977); *Nydegger*, 740 S.W.2d at 552.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court